UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.   CV-14-8475-R                                                        Date: JANUARY 13, 2015

Title:   DAVID BAEZA, et al. - V.- AMCORD, INC., et al.
================================================================
PRESENT:   HONORABLE MANUEL L. REAL, JUDGE

   Christine Chung                                             None Present
   Courtroom Deputy                                             Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:           ATTORNEYS PRESENT FOR DEFENDANTS:

   None                                                                  None

PROCEEDINGS:   MINUTE ORDER (IN CHAMBERS) TAKING MOTION UNDER SUBMISSION ON THE PAPERS WITHOUT NEED OF ORAL ARGUMENT

      **The Court has determined that Plaintiff's Motion to Remand Case to Los Angeles Superior Court [20] set for hearing on January 20, 2015 at 10:00 A.M., is suitable for a decision on the papers as filed by all parties, without the need for oral argument; therefore, the said Motion is taken UNDER SUBMISSION on the papers as filed, and the hearing date of January 20, 2015 is VACATED and TAKEN OFF CALENDAR.**

      **The Court will issue its ruling on the matter in due course.**

   **IT IS SO ORDERED.**

MINUTES FORM 11                                                            Initials of Deputy Clerk ___CCH____
CIVIL -- GEN