1

2

3
                                                                    JS-6
4

5

6

7

8

9

10                          UNITED STATES DISTRICT COURT

11                          CENTRAL DISTRICT OF CALIFORNIA

12

13    DAVID BAEZA and VANA BAEZA,          )  CASE NO.   2:14-cv-08475-R
                                           )
14                    Plaintiffs,          )
                                           )  ORDER GRANTING PLAINTIFFS'
15         v.                              )  MOTION TO REMAND
                                           )
16    AMCORD, INC., et al.,                )
                                           )
17                    Defendants.          )
                                           )
18                                         )
                                           )
19                                         )
                                           )
20    _____ )

21         Before the Court is Plaintiffs' Motion to Remand Case to State Court.  Finding the matter

22    suitable for decision on the papers, the Court took it under submission on January 13, 2015.

23         District courts have original jurisdiction over "all civil actions where the matter in

24    controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and is between

25    citizens of different States." Title 28 U.S.C. § 1332(a).

26    / / / / / / /

27    / / / / / / /

28    / / / / / / /

1       Here, because Plaintiffs and Defendant Mechanical Drives & Belting f/k/a Los Angeles

2    Rubber Company are not citizens of different states, the Court lacks subject-matter jurisdiction.

3       IT IS HEREBY ORDERED that the Motion to Remand is GRANTED.  (Dkt. No. 20.)

4    Dated:  January 20, 2015.

5

6

7

8                                       _____

9                                               MANUEL L. REAL
                                         UNITED STATES DISTRICT JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28